```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 58500
   VICTORIA MCGEE
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-4460


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/15/2005 and was confirmed 03/01/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was dismissed after confirmation 01/30/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------------
VILLAGE OF JUSTICE         UNSECURED            250.00            .00         50.00
ADVANCE TIL PAYDAY         UNSECURED         NOT FILED            .00           .00
CREDIT ACCEPTANCE CORP     SECURED NOT I      6763.00             .00           .00
CREDIT ACCEPTANCE CORP     UNSECURED         NOT FILED            .00           .00
DRIVE                      SECURED NOT I    NOT FILED             .00           .00
DRIVE                      UNSECURED         NOT FILED            .00           .00
CACH HOUSEHOLD BANK        UNSECURED           1077.97            .00        215.59
COMMONWEALTH EDISON        UNSECURED            766.88            .00        153.38
JOSEPH WROBEL              DEBTOR ATTY        1,894.00                     1,573.16
TOM VAUGHN                 TRUSTEE                                           113.87
DEBTOR REFUND              REFUND                                               .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                2,106.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                          418.97
ADMINISTRATIVE                                   1,573.16
TRUSTEE COMPENSATION                               113.87
DEBTOR REFUND                                         .00
                       ---------------        ---------------
TOTALS                 2,106.00                  2,106.00




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 58500 VICTORIA MCGEE
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE